**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, and CHRIS WRIGHT, Secretary of Energy, UNITED STATES DEPARTMENT OF ENERGY,<br><br>Respondents. | NO. 26-1252 (Consolidated with NO. 26-1261)<br><br>STATE OF WASHINGTON'S UNOPPOSED MOTION TO HOLD CASE IN ABEYANCE |

## I. INTRODUCTION

Pursuant to Federal Rule of Appellate Procedure 27, Petitioner State of Washington respectfully submits this unopposed motion to request that the Court hold this consolidated case in abeyance pending the timely filing and disposition of a petition for a writ of certiorari and any further proceedings in the United States Supreme Court, or the lapse of the deadline for filing such petition, on *People of the State of Michigan v. U.S. Dep't of Energy*, No. 25-1159, 2026 WL 2671756 (D.C. Cir. Sept. 11, 2026) (*Michigan*). Counsel for all Petitioners in Case No. 26-1261 and Respondents have represented that they do not oppose this motion.

## II. MOTION AND DISCUSSION

Petitioners in the instant case challenge an emergency order issued by Respondents under Section 202(c) of the Federal Power Act (FPA) and any amendment or modification of the order. No. 26-1252 (Dkt. No. 1.1); No. 26-1261 (Dkt. No. 1.1). The scope of statutory authority under Section 202(c) of the FPA is a key issue. *See* 16 U.S.C. § 824a(c)(1).

Last month on September 11, 2026, the D.C. Circuit determined that the Department of Energy (DOE) exceeded its statutory authority under Section 202(c). *Michigan*, 2026 WL 2671756, at *17. The court rejected DOE's interpretation of the scope of its authority under FPA Section 202(c) and vacated the order as facially insufficient to satisfy the statutory requirement to establish an emergency. *Id.* at *12, 16–17. The period of time for DOE to seek further review of *Michigan* has not yet expired.

Petitioners request an abeyance in the instant case in the interest of judicial economy and the resources of the parties pending the timely filing and disposition of a petition for a writ of certiorari and any further proceedings in the United States Supreme Court, or the lapse of the deadline for filing such petition, on *Michigan*. Washington further requests that the parties be directed to file a motion to govern further proceedings within 30 days of that time.

## III. CONCLUSION

For the foregoing reasons, Petitioner State of Washington respectfully requests that the Court grant this unopposed motion and place this consolidated case in abeyance pending the timely filing and disposition of a petition for a writ of certiorari and any further proceedings in the United States Supreme Court, or the lapse of the deadline for filing such petition, on *Michigan*. Washington further requests that the Court direct the parties to file a motion to govern further proceedings within 30 days of that time.

RESPECTFULLY SUBMITTED this 7th day of October 2026.

NICHOLAS W. BROWN
Attorney General of Washington

*s/Christopher H. Reitz*
CHRISTOPHER H. REITZ, WSBA #45566
TALIA O. THUET, WSBA #62793
ALEXANDRA KORY, WSBA #49889
TAD GUY O'NEILL, WSBA #37153
MAGGIE BAKER SMITH, WSBA #42658
Assistant Attorneys General
PO BOX 40117
OLYMPIA, WA 98504
360-586-6770
*chris.reitz@atg.wa.gov*

***CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT***

Counsel hereby certifies on October 7, 2026, in accordance with Federal Rule of Appellate Procedure 32(g)(1), that the foregoing motion contains 421 words, as counted by counsel's word processing system, and thus complies with the 5,200-word limit. See Fed. R. App. P. 27(d)(2)(A). Further, this document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 using size 14 Times New Roman font.

*s/ Christopher H. Reitz*
CHRISTOPHER H. REITZ
*Counsel for Petitioner*

## *CERTIFICATE OF SERVICE*

I hereby certify that on October 7, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system. I also used the Appellate Electronic Filing system to serve all registered case participants.

*s/ Christopher H. Reitz*
CHRISTOPHER H. REITZ
*Counsel for Petitioner*